## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No. 07-cr-00358-01

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. OSCAR CUEVA,

     Defendant.

---

### MINUTE ORDER[1]

---

The matter comes before the court on the defendant's **Unopposed Motion To Excuse Defendant Oscar Cueva's Presence at Status Conference** [#45], and defendant's **Unopposed Motion To Allow Defendant To Appear Telephonically at the Status Conference** [#46], both filed November 6, 2007.  The motions are **GRANTED**.  Defendant Oscar Cueva's appearance is **WAIVED** for this hearing only. Counsel for defendant Cueva is permitted to appear at the status hearing by telephone. Counsel is directed to contact this court's Administrative Assistant, Susan Schmitz, at (303) 335-2350 at the time of the status hearing in order to participate in the hearing.

     Dated:  November 8, 2007

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.