# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 07-cr-00358-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. OSCAR CUEVA,

    Defendant.

---

# ORDER TO RESET SURRENDER DATE
# FOR DEFENDANT OSCAR CUEVA

---

**Blackburn, J.**

    The matter is before me *sua sponte.* The defendant, Oscar Cueva, is testifying as a witness in a sentencing hearing that is expected to conclude by close of business July 28, 2008. Therefore, defendant Cueva can not self surrender and report by the time specified in my order [#115] entered July 18, 2008. I enter this order to extend the time to self report until August 4, 2008.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That defendant's surrender date of July 28, 2008, by 12:00 p.m. (noon), is vacated;

    2. That, instead, defendant shall self surrender to Three Rivers SCP, Three Rivers, Texas, on August 4, 2008, by 12:00 p.m. (noon), and shall travel at his own expense; and

    3. That this order supplants and supersedes the **Order To Reset Surrender**

**Date for Defendant Oacar Cueva** [#115] entered July 18, 2008.

Dated July 28, 2008, *nunc pro tunc* July 25, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**