IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  07-cr-00358-REB-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OSCAR CUEVA,

    Defendant.
_____

## MINUTE   ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

    This matter is before the Court on a February 12, 2010 letter from Defendant regarding his passport [Docket No. 134].  The Court will construe the letter as a Motion for Return of Passport (the "Motion").  Plaintiff does not object to the Motion [Docket No.  137] Accordingly,

    IT IS HEREBY **ORDERED** that the United States of America shall return Defendant's passport to him on or before **March 8, 2010**.

Dated:    February 26, 2010